IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES R. MARVIN,** | C06-4958 MHP |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND BEN CURRY,  Warden,** | |
| Respondent. | |

Per the stipulation of the parties, the Status Conference set for April 30, 2007, is hereby VACATED.  Respondents shall file an answer to the order to show cause on or before May 18, 2007, to file an answer.  Petitioner shall ~~have thirty days thereafter to~~ file a traverse. **on or before June 29, 2007.**

Dated: _April 24, 2007_____

_____
The Honorable Marilyn H. Patel

IT IS SO ORDERED

Judge Marilyn H. Patel

[Proposed] Order

Marvin v. Department of Corrections and Rehabilitation, et al.
Case No. C06-4958 MHP

1