ORIGINAL

**FILED**

MAY 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES R. MARVIN,<br><br>                           Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND B. CURRY, Warden,<br><br>                           Respondent. | C06-4958-MHP (4959 struck through)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE SHOWN, Respondent's Motion to Seal is hereby GRANTED. The Court shall review the Respondent's Exhibits C-E in camera only, shall not disclose them to Petitioner, and shall not make them part of any public record.

Dated: May 21, 2007

_____
The Honorable Marilyn H. Patel